[No. 22330-5-I. Division One. January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER GARY HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-04509-5, Frank L. Sullivan, J., entered April 22, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Forrest, JJ.

[No. 22378-0-I. Division One. January 16, 1990.]

TERRY L. SNOVER, ET AL, *Appellants*, v. HARWOOD BANNISTER, *as Executor, Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 87-2-00601-1, Howard A. Patrick, J., entered June 3, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson, J., and Ringold, J. Pro Tem.

[No. 22043-8-I. Division One. January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DALE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-00324-4, Liem E. Tuai, J., entered April 6, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Forrest, J.